**OUTGOING WIRE TRANSFER ORDER**     Wire ID#   004925

(Established Customers Only)

**RIVER CITY BANK**
**LOUISVILLE, KY 40205**

```
*******************************************
* Amount of Wire:    $83,034.00           *
*******************************************
```

| | | |
|---|---|---|
| Name of Originator | Induction Therapies LLC | [X] OFAC Checked |
| Complete Address | 3600 Chamberlain Ln #336 | Call Back # |
| | 3600 Chamberlain Ln #336 | |
| (NO P.O. BOX) | Louisville KY 40241 | |

Payment Form:   [ ] Check  [ ] Cash  [X] Charge Acct # ▓▓▓▓ 0925 D    [ ] Other _____

Balance in Account Being Charged:   $198,782.11

Transfer Type:   Domestic

Transit Routing # of Receiving Bank:   021001088

Receiving Bank Name   HSBC Bank           [X] OFAC Checked

City   Rockville        State   MD

Beneficiary:   Ingenes LLC.            [X] OFAC Checked
Complete Address   16192 Costal Hwy
(NO P.O. BOX)   Lewes DE 19958

Beneficiary Account #:   ▓▓▓▓ 1114

Final Credit: _____       [ ] OFAC Checked

**Special Instructions:**
*** ***

Notice to Originator: Your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank, person or account different than the bank or beneficiary identified by name. Neither we nor any receiving beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

Originator Signature

X _[signature]_         DATE:   12-26-18

**INTERNAL USE:**

Execution Date: _____      Time: _____
Bank Contact: _____
Account # to charge at correspondent bank:   ▓▓▓▓ 6140
Sequence #: _____
Employee Requesting:  hanna50       Branch:  403     Request Date:  12/26/2018 14:32:20
Employee Authorizing: _____                        When Authorized: 12/30/1899 00:00:00

## OUTGOING WIRE TRANSFER ORDER        Wire ID#   005033

(Established Customers Only)

### RIVER CITY BANK
### LOUISVILLE, KY 40205

```
************************************************
* Amount of Wire:   $7,424.00               *
************************************************
```

Name of Originator: Induction Therapies                    [X] OFAC Checked
Complete Address: 3600 Chamberlain Ln #336                 Call Back #: _____
                  3600 Chamberlain Ln #336
(NO P.O. BOX)     Louisville KY 40241

Payment Form:  ☐ Check  ☐ Cash  [X] Charge Acct # ▮0925 D    ☐ Other _____

Balance in Account Being Charged:   $51,826.66

Transfer Type: __Domestic__
Transit Routing # of Receiving Bank:   021001088
Receiving Bank Name    HSBC Bank N.A.                      [X] OFAC Checked
City __Rockville__             State __MD__

Beneficiary:        Ingenes LLC                            [X] OFAC Checked
Complete Address    16192 Coastal Hwy
(NO P.O. BOX)       Lewes DE 19958

Beneficiary Account #:   ▮1114

Final Credit: _____                      ☐ OFAC Checked

**Special Instructions:**
*** ***

Notice to Originator: Your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank, person or account different than the bank or beneficiary identified by name. Neither we nor any receiving beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

Originator Signature
X _____[signature]_____      DATE: 1-24-19

---

**INTERNAL USE:**

Execution Date: _____   Time: _____
Bank Contact: _____
Account # to charge at correspondent bank: ▮6140
Sequence #: _____
Employee Requesting: emmad50        Branch: 403      Request Date:   01/24/2019 09:10:06
Employee Authorizing: _____                 When Authorized: 12/30/1899 00:00:00

# OUTGOING WIRE TRANSFER ORDER
(Established Customers Only)

**RIVER CITY BANK**
**LOUISVILLE, KY 40205**

```
********************************************
* Amount of Wire:    $21,440.00             *
********************************************
```

Name of Originator: Induction Therapies
Complete Address: 3600 Chamberlain Ln #336
3600 Chamberlain Ln #336
(NO P.O. BOX) Louisville KY 40241

[X] OFAC Checked
Call Back #: _____

Payment Form: [ ] Check  [ ] Cash  [X] Charge Acct # ████0925 D    [ ] Other

Balance in Account Being Charged: $48,936.37

Transfer Type: Domestic
Transit Routing # of Receiving Bank: 021001088
Receiving Bank Name: HSBC Bank N.A.
City: Rockville     State: MD

[X] OFAC Checked

Beneficiary: Ingenes LLC
Complete Address: 16192 Coastal Hwy
(NO P.O. BOX) Lewes DE 19958
Beneficiary Account #: ████1114

[X] OFAC Checked

Final Credit: _____
Special Instructions:
*** ***

[ ] OFAC Checked

Notice to Originator: Your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank, person or account different than the bank or beneficiary identified by name. Neither we nor any receiving beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

Originator Signature
X _[signature]_      DATE: 2-5-19

**INTERNAL USE:**
Execution Date: _____  Time: _____
Bank Contact: _____
Account # to charge at correspondent bank: ████6140
Sequence #: _____
Employee Requesting: kath150     Branch: 403     Request Date: 02/05/2019 08:49:33
Employee Authorizing: _____                     When Authorized: 12/30/1899 00:00:00



## OUTGOING WIRE TRANSFER ORDER     Wire ID#   005119

(Established Customers Only)

RIVER CITY BANK
LOUISVILLE, KY 40205

```
*********************************************
* Amount of Wire:   $10,000.00              *
*********************************************
```

Name of Originator    Induction Therapies LLC             [X] OFAC Checked
Complete Address      3600 Chamberlain Ln #336            Call Back #    5022955822
                      3600 Chamberlain Ln #336
(NO P.O. BOX)         Louisville KY 40241

Payment Form:     ☐ Check  ☐ Cash  [X] Charge Acct # ▇▇▇0925 D     ☐ Other

Balance in Account Being Charged:    $76,538.45

Transfer Type:    Domestic
Transit Routing # of Receiving Bank:    021001088
Receiving Bank Name    HSBC Bank N.A.
City    Rockville                                        [X] OFAC Checked
                                    State    MD

Beneficiary:          Ingenes LLC                        [X] OFAC Checked
Complete Address      16192 Coastal Hwy
(NO P.O. BOX)         Lewes DE 19958

Beneficiary Account #:    ▇▇▇▇1114

Final Credit:    _____              ☐ OFAC Checked
**Special Instructions:**
*** ***

Notice to Originator: Your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank, person or account different than the bank or beneficiary identified by name. Neither we nor any receiving beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

Originator Signature

X _____    DATE:  2-13-19

**INTERNAL USE:**
Execution Date: _____    Time: _____
Bank Contact: _____
Account # to charge at correspondent bank:  ▇▇▇6140
Sequence #: _____
Employee Requesting :   hanna50      Branch :  403     Request Date:    02/13/2019 10:13:19
Employee Authorizing : _____                      When Authorized:  12/30/1899 00:00:00



**OUTGOING WIRE TRANSFER ORDER**  Wire ID# 005201
(Established Customers Only)

RIVER CITY BANK
LOUISVILLE, KY 40205

```
*******************************************
* Amount of Wire:   $33,981.45             *
*******************************************
```

| | | |
|---|---|---|
| Name of Originator | Induction Therapies LLC | [X] OFAC Checked |
| Complete Address | 3600 Chamberlain Ln #336 | Call Back # 5022955822 |
| | 3600 Chamberlain Ln #336 | |
| (NO P.O. BOX) | Louisville KY 40241 | |

Payment Form:  ☐ Check  ☐ Cash  [X] Charge Acct # ▇▇▇0925 D    ☐ Other _____

Balance in Account Being Charged: $108,698.92

Transfer Type: Domestic
Transit Routing # of Receiving Bank: 021001088
Receiving Bank Name: HSBC Bank N.A.    [X] OFAC Checked
City Rockville    State MD

Beneficiary: Ingenes LLC    [X] OFAC Checked
Complete Address: 16192 Coastal Hwy
(NO P.O. BOX) Lewes DE 19958

Beneficiary Account #: ▇▇▇1114

Final Credit: _____    ☐ OFAC Checked

Special Instructions:
*** ***

Notice to Originator: Your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank, person or account different than the bank or beneficiary identified by name. Neither we nor any receiving beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

Originator Signature
X _[signature]_    DATE: 2/28/19

**INTERNAL USE:**

Execution Date: _____    Time: _____
Bank Contact: _____
Account # to charge at correspondent bank: ▇▇▇6140
Sequence #: _____
Employee Requesting: hanna50    Branch: 403    Request Date: 02/27/2019 13:33:35
Employee Authorizing: _____    When Authorized: 12/30/1899 00:00:00

**OUTGOING WIRE TRANSFER ORDER**     Wire ID#   005258

(Established Customers Only)

RIVER CITY BANK
LOUISVILLE, KY 40205

```
*******************************************
* Amount of Wire:   $27,166.56             *
*******************************************
```

| | | |
|---|---|---|
| Name of Originator | Induction Therapies LLC | [X] OFAC Checked |
| Complete Address | 3600 Chamberlain Ln #336 | Call Back #   5022955822 |
| | 3600 Chamberlain Ln #336 | |
| (NO P.O. BOX) | Louisville KY 40241 | |

Payment Form:   ☐ Check  ☐ Cash  [X] Charge Acct #  ▓▓▓0925 D     ☐ Other _____

Balance in Account Being Charged:   $104,262.00

Transfer Type:   Domestic
Transit Routing # of Receiving Bank:   021001088
Receiving Bank Name   HSBC Bank N.A.          [X] OFAC Checked
City   Rockville            State   MD

Beneficiary:   Ingenes LLC                [X] OFAC Checked
Complete Address   16192 Coastal Hwy
(NO P.O. BOX)   Lewes DE 19958

Beneficiary Account #:   ▓▓▓1114

Final Credit: _____          ☐ OFAC Checked

**Special Instructions:**
*** ***

Notice to Originator: Your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank, person or account different than the bank or beneficiary identified by name. Neither we nor any receiving beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

Originator Signature
X _____[signature]_____     DATE:  3-15-19

**INTERNAL USE:**
Execution Date: _____   Time: _____
Bank Contact: _____
Account # to charge at correspondent bank:   ▓▓▓6140
Sequence #: _____
Employee Requesting :   hanna50        Branch :   403     Request Date:   03/15/2019 09:41:57
Employee Authorizing : _____              When Authorized:   12/30/1899 00:00:00

**OUTGOING WIRE TRANSFER ORDER**         Wire ID#   005399

(Established Customers Only)

RIVER CITY BANK
LOUISVILLE, KY 40205

```
*******************************************
* Amount of Wire:  $30,769.49             *
*******************************************
```

| | | |
|---|---|---|
| Name of Originator | Induction Therapies LLC | [X] OFAC Checked |
| Complete Address | 3600 Chamberlain Ln #336 | Call Back #  5022955822 |
| | 3600 Chamberlain Ln #336 | |
| (NO P.O. BOX) | Louisville KY 40241 | |

Payment Form:   ☐ Check   ☐ Cash   [X] Charge Acct # ▇▇0925 D      ☐ Other _____

Balance in Account Being Charged:   $21,039.74

Transfer Type:   Domestic
Transit Routing # of Receiving Bank:   021001088
Receiving Bank Name   HSBC Bank N.A.              [X] OFAC Checked
City   Rockville                State   MD

Beneficiary:   Ingenes LLC                [X] OFAC Checked
Complete Address   16192 Coastal Hwy
(NO P.O. BOX)   Lewes DE 19958

Beneficiary Account #:   ▇▇1114

Final Credit: _____                ☐ OFAC Checked

Special Instructions:
*** ***

Notice to Originator: Your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank, person or account different than the bank or beneficiary identified by name. Neither we nor any receiving beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

Originator Signature
X _____[signature]_____     DATE:   4-17/19

INTERNAL USE:
Execution Date: _____   Time: _____
Bank Contact: _____
Account # to charge at correspondent bank:   ▇▇6140
Sequence #: _____
Employee Requesting:  emmad50     Branch: 403     Request Date:  04/17/2019 13:55:28
Employee Authorizing: _____                When Authorized:  12/30/1899 00:00:00

# OUTGOING WIRE TRANSFER ORDER

Wire ID# 14-005558

(Established Customers Only)

RIVER CITY BANK
LOUISVILLE, KY 40205

```
********************************************
* Amount of Wire:    $9,529.76              *
********************************************
```

| | | | |
|---|---|---|---|
| Name of Originator | Induction Therapies, LLC | [X] OFAC Checked | |
| Complete Address | 3600 Chamberlain Lane #336 | Call Back # | 5022955822 |
| | 3600 Chamberlain Lane #336 | | |
| (NO P.O. BOX) | Louisville KY 40241 | | |

Payment Form:   ☐ Check   ☐ Cash   [X] Charge Acct #  ▮0925 D       ☐ Other _____

Balance in Account Being Charged:   $54,881.11

Transfer Type: __Domestic__
Transit Routing # of Receiving Bank: __021001088__
Receiving Bank Name __HSBC Bank N.A.__      [X] OFAC Checked
City __Rockville__      State __MD__

Beneficiary: __Ingenes LLC__      [X] OFAC Checked
Complete Address __16192 Coastal Hwy__
(NO P.O. BOX) __Lewes DE 19958__

Beneficiary Account #: ▮1114

Final Credit: _____      ☐ OFAC Checked

**Special Instructions:**
*** ***

Notice to Originator: Your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank, person or account different than the bank or beneficiary identified by name. Neither we nor any receiving beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

Originator Signature

X _____      DATE: _____

---

**INTERNAL USE:**

Execution Date: _____   Time: _____
Bank Contact: _____
Account # to charge at correspondent bank: ▮6140
Sequence #: _____
Employee Requesting: __kath150__   Branch: __403__   Request Date: __05/22/2019 08:42:33__
Employee Authorizing: _____      When Authorized: __12/30/1899 00:00:00__

# OUTGOING WIRE TRANSFER ORDER

Wire ID# 1405615

(Established Customers Only)

RIVER CITY BANK
LOUISVILLE, KY 40205

```
*******************************************
* Amount of Wire:    $17,825.00            *
*******************************************
```

| | | |
|---|---|---|
| Name of Originator | Induction Therapies, LLC | [X] OFAC Checked |
| Complete Address | 3600 Chamberlain Lane #336 | Call Back #   5022955822 |
| | 3600 Chamberlain Lane #336 | |
| (NO P.O. BOX) | Louisville KY 40241 | |

Payment Form: [ ] Check  [ ] Cash  [X] Charge Acct # ▆▆▆0925 D   [ ] Other _____

Balance in Account Being Charged:  $67,899.63

Transfer Type: Domestic

Transit Routing # of Receiving Bank:  021001088

Receiving Bank Name  HSBC Bank N.A.   [X] OFAC Checked

City  Rockville   State  MD

Beneficiary:  Ingenes LLC   [X] OFAC Checked
Complete Address  16192 Coastal Hwy
(NO P.O. BOX)  Lewes DE 19958

Beneficiary Account #:  ▆▆▆114

Final Credit: _____   [ ] OFAC Checked

**Special Instructions:**
*** ***

Notice to Originator: Your payment order identifies an intermediate bank, beneficiary bank, or beneficiary by name and number, we and every receiving or beneficiary bank may rely upon the identifying number rather than the name to make payment, even if the number identifies an intermediate bank, person or account different than the bank or beneficiary identified by name. Neither we nor any receiving beneficiary bank have any responsibility to determine whether the name and identifying number refer to the same financial institution or person.

Originator Signature
X _[signature]_   DATE: 6/7/19

**INTERNAL USE:**

Execution Date: _____   Time: _____
Bank Contact: _____
Account # to charge at correspondent bank: ▆▆▆5140
Sequence #: _____
Employee Requesting: kathl50   Branch: 403   Request Date: 06/06/2019 10:10:56
Employee Authorizing: _____   When Authorized: 12/30/1899 00:00:00




```
7200   8620611
INDUCTION THERAPIES LLC
3600 CHAMERLAIN LANE STE 336
LOUISVILLE              KY 40241-0000
```

We have completed this wire transfer request. Your BB&T account has been debited for the net amount shown below.

```
* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

TRN DATE                    20191018          TRN NUM      00015063
AMOUNT                      17,500.00         ACCOUNT # DDA -            4826
REFERENCE #
DATE                        10/18/2019
TIME                        16:55:26
ORIGINATOR                  INDUCTION THERAPIES LLC
                            3600 CHAMERLAIN LANE STE 336
                            LOUISVILLE, KY 402410000
BENEFICIARY BANK            HSBC BANK USA, NATIONAL ASSOCI
BENEFICIARY BANK #          021001088
BENEFICIARY NAME            INGENES LLC
BENEFICIARY ACCOUNT                1114
ORIGINATING BANK INFORMATION

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
```

Thank you for banking with BB&T. Please contact your local BB&T financial center or call 1-800-BANK BBT (1-800-226-5228) for questions regarding this wire transfer.

BB&T, Member FDIC.



6253



arch

| Date Range | Oldest | Most Recent |
| --- | --- | --- |
| | 11/08/2019 | 11/08/2019 |
| Amount | Min. Amount | Max. Amount |
| | $ 0.00 | $ 0.00 |

Apply

**Search:**

| Date | Status | Recipient | From Account | Amount |
| --- | --- | --- | --- | --- |
| **Nov 8, 2019** | | | | |
| 11/08/2019 | Processed | INGENES LLC | Checking 6819 | $75,000.00 |

(\$) Recurring Wire Transfer



🔍 Basic Search

| Date Range | Oldest | Most Recent |
|---|---|---|
| | 11/12/2019 | 11/12/2019 |
| Amount | Min. Amount | Max. Amount |
| | $ 0.00 | $ 0.00 |

Apply

**Search:**

| Effective Date | Status | Recipient | From Account | Amount |
|---|---|---|---|---|
| **Nov 12, 2019** | | | | |
| 11/12/2019 | Processed | INGENES LLC | Checking 6819 | $38,739.34 |

ⓢ Recurring ACH Payment



| | |
|---|---|
| Type | **Business-to-Business** |
| Send To | **INGENES LLC** |
| From Account | **Checking 6819** |
| Amount | **$20,000.00** |
| Frequency | **One Time** |
| Effective Date | **01/24/2020** |
| Reason for Payment | **None** |
| Reference Number | **2541068** |



| | |
|---|---|
| Type | **Domestic** |
| Send To | **INGENES LLC** |
| From Account | **Checking 4826** |
| Amount | **$15,000.00** |
| Frequency | **One Time** |
| Send On | **02/28/2020** |
| Reason for Wire Transfer | **Invoice #20022905RTS** |
| Memo Lines | None |
| | None |
| | None |
| Reference Number | 906212 |

