UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| INDUCTION THERAPIES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:20-cv-00382-DJH |
| | ) | *Filed Electronically* |
| | ) | |
| INGENES, LLC, and | ) | |
| DR. KRISHNAMURTHY GOVINDARAJ | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

The Plaintiff, Induction Therapies, LLC, by and through counsel, has filed a motion pursuant to Federal Rule of Civil Procedure 15(a)(2) seeking leave to file an amended complaint in this action (the "Motion"). The Court, having reviewed the parties' submissions and being otherwise sufficiently advised, HEREBY ORDERS that the Motion be, and the same hereby is, GRANTED. The Clerk is directed to file the Amended Complaint tendered with the Motion in the record.

TENDERED BY:

*/s/ Christopher B. Rambicure*
CHRISTOPHER B. RAMBICURE
214 South 8th Street
Suite 200
Louisville, KY 40202
Telephone: (502) 587-9560
E-mail: chris@rambicurelaw.com
***Counsel for the Plaintiff***